# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127273(78)

JAMES W. ZERRENNER,
      Plaintiff-Appellant,
      Cross-Appellee,

v

                                   SC: 127273
                                   COA: 246321
                                   Kent CC: 97-010967-DO

BONNIE S. ZERRENNER,
      Defendant-Appellee,
      Cross-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of April 7, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006                                     _____
                                                    Clerk

d0724